UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

TIMOTHY ROWLAND LIVESAY,      )
                              )
        Plaintiff,            )
                              )
v.                            )          2:23-CV-53-DCP
                              )
SOCIAL SECURITY ADMINISTRATION, )
COMMISSIONER OF               )
                              )
        Defendant.            )

## JUDGMENT

For the reasons set forth in the accompanying Order of Remand, the Court **GRANTS** the

Joint Motion for Entry of Judgment with Remand under Sentence Four of 42 U.S.C. § 405(g)

[**Doc. 22**] and **DENIES AS MOOT** Plaintiff's Motion for Summary Judgment [**Doc. 15**].

Accordingly, this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the

Commissioner for further proceedings consistent with the Order of Remand.

**ENTER**:

_Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge

ENTERED AS A JUDGMENT
    s/ *LeAnna R. Wilson*
CLERK OF COURT